IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.** an Oregon corporation, and **COLUMBIA SPORTSWEAR COMPANY**, an Oregon corporation<br><br>        Plaintiffs,<br>v.<br><br>**VENTEX CO., LTD.**, a foreign company,<br><br>        Defendant. | No. 3:17-cv-00623-MO<br><br>**DEFAULT JUDGMENT** |

**MOSMAN, J.,**

Based upon my Order [ECF 83], Plaintiffs' Motion for Default Judgment [80] is GRANTED. Defendant Ventex Co., Ltd. is found to be in default. I ENTER JUDGMENT for Plaintiffs in the amount of $909,276.20 in compensatory damages and $668,596.24 in prejudgment interest. I GRANT attorney fees for Plaintiffs in the amount of $97,294.98. It is ordered and adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 9th day of November, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

1 – DEFAULT JUDGMENT