# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:17-cv-00623-MO

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/20/2017

Date of judgment or order you are appealing: 07/30/2024

Docket entry number of judgment or order you are appealing: 102

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Seirus Innovative Accessories, Inc.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

N/A

City:                State:                Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** Seth M. Sproul     **Date** Aug 29, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                             Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Seirus Innovative Accessories, Inc.

Name(s) of counsel (if any):

> Seth M. Sproul

Address: 12860 El Camino Real, Suite 400, San Diego, CA 92130

Telephone number(s): 858-678-5070

Email(s): sproul@fr.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Columbia Sportswear North America, Inc.
> Columbia Sportswear Company

Name(s) of counsel (if any):

> Nika Aldrich

Address: 1420 5th Avenue, Suite 3400, Seattle, WA 98101

Telephone number(s): 206-622-1711

Email(s): naldrich@schwabe.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 6**                                    1                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Columbia Sportswear North America, Inc.
Columbia Sportswear Company

Name(s) of counsel (if any):
Scott D. Eads

Address: 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204

Telephone number(s): 503-222-9981

Email(s): seads@schwabe.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*