FILED

NOV 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation and COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation,<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>VENTEX CO., LTD., a foreign company and DAN MEYER, an individual,<br><br>       Defendants,<br><br> v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC.,<br><br>       Movant - Appellant. | No. 24-5379<br><br>D.C. No. 3:17-cv-00623-MO<br>District of Oregon, Portland<br><br>ORDER |

Before: S.R. THOMAS, BYBEE, and COLLINS, Circuit Judges.

      The unopposed motion (Docket Entry No. 14) to file a corrected response to the motion to dismiss is granted.

      The motion (Docket Entry No. 5) to transfer this appeal is granted. *See* 28 U.S.C. § 1631.

The Clerk will transfer this appeal and the pending motion to dismiss to the United States Court of Appeals for the Federal Circuit.  Once transferred, the Clerk will close this case.